

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MILTON TORRES, | § | No. 08-22-00004-CR |
| Appellant, | § | Appeal from the |
| v. | § | 13th Judicial District Court |
| THE STATE OF TEXAS, | § | of Navarro County, Texas |
| Appellee. | § | (TC# D40902-CR) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment relating to the convictions under Count III (aggravated sexual assault of an elderly person by contact) and Count V (injury to an elderly person). We therefore reverse that part of the judgment of the court below and render judgments of acquittal on those convictions.

We further order that the judgment of the court below is affirmed on the convictions under Count I (aggravated sexual assault of an elderly person by penetration) and Count IV (burglary of a habitation with the commission of a felony), in accordance with the opinion of this Court.

This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.